

IN THE
TENTH COURT OF APPEALS

No. 10-13-00389-CV

ANWAR T. AHMAD,

                                                    Appellant

 v.

JUSTIN H. MASIH,

                                                    Appellee

From the County Court at Law No. 1
McLennan County, Texas
Trial Court No. 2013-0667-CV1

MEMORANDUM OPINION

The parties have filed an "agreed motion to vacate and enter take-nothing judgment," advising the Court of a settlement agreement and moving the Court to vacate the trial court's judgment and to enter a take-nothing judgment, with each party to bear its own costs and attorney's fees.

Based on the parties' agreed motion, which we grant, we reverse the trial court's judgment and render a take-nothing judgment in this cause, with each party to bear its own costs and attorney's fees, in accordance with the parties' agreement. TEX. R APP. P.

42.1(a)(2)(A).

                                                REX D. DAVIS
                                                Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Reversed and rendered
Opinion delivered and filed April 24, 2014
[CV06]